UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | Case No.: 2:17-CR-00204-MCA |
| v. | Criminal Action |
| KARTHIK NIMMALA, | **NOTICE OF MOTION FOR EARLY TERMINATION OF PROBATION** |
| Defendant. | |

To:   Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

United States Attorney's Office
970 Broad Street
Newark, NJ 07102

Probation Officer Christopher Washington
United States Probation
Northern District of Georgia
900 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

United States Probation
District of New Jersey
50 Walnut Street, Room 1005
Newark, NJ 07101

Madams and Sirs:

Please take notice that at a time and date to be set by the Court, Defendant Karthik Nimmala, by his attorney Paul B. Brickfield of Brickfield & Donahue, shall move this Court pursuant to Title 18, United States Code, Section 3564(c) for termination of probation. A letter brief and Certification of Karthik Nimmala

1

are submitted in support of this motion.

Dated:   October 29, 2018

                                                Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue, Suite 100
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant
Karthik Nimmala