UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | Case No.: 2:17-CR-00204-MCA |
| v. | Criminal Action |
| KARTHIK NIMMALA, | **ORDER** |
| Defendant. | |

This matter having come before the Court on the Motion of Defendant Karthik Nimmala (Paul B. Brickfield, Esq. appearing) for an Order granting early termination of probation pursuant to Title 18, United States Code, Section 3564(c) and the United States Attorney's Office having been advised of this Motion via electronic filing and regular mail on October 29, 2018 and for good cause shown, it is hereby

**ORDERED** this ___9___ day of January 2019 that Defendant's probation is hereby terminated on favorable grounds; and

**IT IS FURTHER ORDERED** that Defendant is no longer required to report to United States Probation.

_____
Honorable Madeline Cox Arleo, U.S.D.J.